# Third District Court of Appeal

## State of Florida

Opinion filed November 12, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-551
Lower Tribunal No. 2019-26581
& DOH No. 2019-0164

_____

**Ricardo Gende,**
Appellant,

vs.

**Department of Health,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the State of Florida Department of Health.

Ricardo Gende, in proper person.

Sarah Young Hodges (Tallahassee), Chief Appellate Counsel, for appellee.

Before SCALES, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.